```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV235 |
| | ) | |
| V. | ) | |
| | ) | |
| $231,930.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the claimant's oral motion, the planning conference previously scheduled for November 19, 2008 is continued to **November 21, 2008 at 3:00 p.m. C.S.T.** Counsel for the government shall place the call.

DATED this 14th day of November, 2008.

BY THE COURT:

S/ *David L. Piester*
David L. Piester
United States Magistrate Judge