# U.S. District Court
# District of Nebraska

**PDF FILE WITH AUDIO FILE ATTACHMENT**

8−235

United States of America v. $231,930.00 in United States Currency

RE: Doc #30 ; Order on Motion for Miscellaneous Relief Order on Motion for Miscellaneous Relief , Evidentiary Hearing , Motion Hearing

| | |
|---|---|
| Office : | 8   8 Omaha |
| Case Type : | cv |
| Case Number : | 8−235 |
| Case Title : | United States of America v. $231,930.00 in United States Currency |
| Session Date/Time : | 02/19/09 at 9:38 a.m. |
| Audio File Name : | J:\cmecf\Ending Digits\Scan sed\0002_A00.mp2 |
| Audio File Size : | 55.4 MB |
| Audio Run Time : | 03:49:01 |

**Help Using This File :**
An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer−3 audio coding technology from Fraunhofer IIS and Thomson.**