IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CV235 |
| | ) | |
| v. | ) | |
| | ) | |
| $231,930.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Claimant's motion to stay, filing no. 35, is granted and this case is stayed pending outcome of claimant's appeal (filing no. 36).

DATED this 6th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge