IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV235 |
| | ) | |
| V. | ) | |
| | ) | |
| $231,930.00 IN UNITED STATES CURRENCY, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant, | ) | |
| | ) | |
| BARTOSZ MAREK KUPEZYK, | ) | |
| | ) | |
| Claimant. | ) | |
| | ) | |

On February 27, 2009, Magistrate Judge Piester entered a memorandum and order (filing 34) denying Claimant's motion to suppress (filing 18). Through his motion, Claimant requested that the court suppress all evidence obtained as a result of a traffic stop and search of Claimant's vehicle and, specifically, the currency which is named as the defendant in this action. Claimant has filed an appeal from Judge Piester's order as allowed by 28 U.S.C. § 636(b)(1)(A).

Pursuant to 28 U.S.C. § 636(b)(1)(A), the court has reviewed [1] the portions of the memorandum and order to which objections have been made, and finds that the objections should be denied for the reason that Judge Piester's order is not clearly erroneous or contrary to law.

Accordingly,

---

[1] To the extent the appropriate standard of review is de novo, I have conducted a de novo review.

IT IS ORDERED:

1. Judge Piester's memorandum and order (filing 34) shall not be disturbed and is hereby sustained; and

2. Claimant's appeal from Judge Piester's order (filing 36) is denied.

May 19, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge