IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV235 |
| | ) | |
| V. | ) | |
| | ) | |
| $231,930.00 IN UNITED STATES CURRENCY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    It has been brought to the court's attention that the court's docket information contains misspellings of Claimant Bartosz Kupczyk's last name. Claimant's last name is mistakenly listed as Kupezyk, rather than Kupczyk, on the court's online PACER docket sheet. This misspelling is also reflected in other filings in the case.

    The court was also advised that the amount of Defendant currency ($231,930.00) is also improperly reflected on the court's docket sheet. However, this mistake was previously corrected by the Clerk's Office.

    IT IS ORDERED that the court's docket information shall be corrected to reflect that the proper spelling of Claimant's last name is Kupczyk.

                                                      BY THE COURT:

                                                      *Richard G. Kopf*
                                                     United States District Judge