| | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEBRASKA | |
|---|---|---|
| **Denise M. Lucks**<br>**Clerk of Court** | OFFICE OF THE CLERK<br>www.ned.uscourts.gov | **M. Therese Bollerup**<br>**Chief Deputy Clerk** |

### Transmittal Sheet - Original Documents

To: Clerk, USCA, 8th Circuit, St. Louis, Missouri

From: Clerk, U.S. District Court, Lincoln, Nebraska

Date: October 1, 2009

District Court No: 4:08cv235

Appeal No: 09-3017

Style: USA v. $231,930.00 in United States Currency

Transmitted herewith:

(X)   **Original** Plaintiff's exhibit 1 from suppression hearing held 2/19/2009 pursuant to defendant's request.

Sincerely,

By   s/ Jeri A. Bierbower
Deputy Clerk

cc:   All Counsel

Received by:

***Please note Original Documents***

**Original record.** Return this record to the U.S. District Court of Nebraska when your case is closed.

*[Filed stamp: 2009 NOV 12 PM 12:38 OFFICE OF THE CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA]*